UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-23308-UU

ARTURO GONZALEZ PEREZ,

    Plaintiff,

v.

OTRUPONCOSO PROTECTION SERVICES, CORP. and
ALEXIS FUENTES,

    Defendants.

_____/

### ENTRY OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order granting Plaintiff's Motion for Final Default Judgment, it is hereby

ORDERED AND ADJUDGED that a Judgment is hereby entered against Defendants and in favor of Plaintiff in the amount of $14,160.00.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of January, 2015.

                                                                   UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf