UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-CIV-23308-UNGARO/OTAZO-REYES

ARTURO GONZALEZ PEREZ              )
                                   )
         Plaintiff,                )
    vs.                            )
                                   )
OTRUPONCOSO PROTECTION             )
SERVICES, CORP.                    )
ALEXIS FUENTES                     )
                                   )
         Defendants                )

**MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT AFTER JUDGMENT**

Plaintiff, by and through undersigned Counsel, pursuant to Florida Statute 77.03, moves for the issuance of a writ of garnishment after judgment as to Garnishee Wells Fargo Bank and as grounds therefore, states as follows:

1. Plaintiff obtained a final judgment against Defendants on January 29, 2015 for a total amount of $14,160.00 [D.E. 21].

2. Plaintiff requests that a writ of garnishment after judgment as to Garnishee Wells Fargo Bank be issued in the amount of $14,160.00.

Respectfully Submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:_____
J.H. Zidell, Esq.
Florida Bar Number: 0010121